**Charles ROBINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44512.**

Missouri Court of Appeals, Western District.

July 30, 1991.

Rosalynn Koch, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and BERREY, JJ.

ORDER

PER CURIAM:

Defendant appeals from the dismissal of a Rule 29.15 motion for post-conviction relief as untimely filed.

The denial of post-conviction relief is affirmed. Rule 84.16(b).

**Mary Lou GRAHAM, Appellant,**

v.

**Jean GOLDSTEIN, Respondent.**

**No. WD 44101.**

Missouri Court of Appeals, Western District.

July 30, 1991.

Mary Lou Graham, pro se.

Robert S. Rosenthal, Brown & James, P.C., St. Louis, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from an order of summary judgment against the plaintiff's claim of legal malpractice.

Affirmed. Rule 84.16(b).